ACCEPTED
14-15-00251-cr
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
11/16/2015 4:31:05 PM
CHRISTOPHER PRINE
CLERK

## No. 14-15-00251-CR

In the
Court of Appeals
for the
Fourteenth District of Texas
At Houston

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
11/16/2015 4:31:05 PM
CHRISTOPHER A. PRINE
Clerk

——————◆——————

## No. 1962516

In the County Criminal Court at Law No. 9
Of Harris County, Texas

——————◆——————

# DEREK JAMES STRIMBAN
*Appellant*

v.

# THE STATE OF TEXAS
*Appellee*

——————◆——————

## STATE'S THIRD MOTION FOR EXTENSION OF TIME IN WHICH TO FILE AN APPELLATE BRIEF

——————◆——————

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, in accordance with Rules 10.5(b)(1) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for an extension of time in which to file the State's Brief in this cause, and, in support thereof, presents the following:

1. On December 15, 2014, appellant pled guilty to a misdemeanor charge of driving while intoxicated and was sentenced to 180 days in county jail, probated for a period of one year.

2. Appellant filed a timely written notice of appeal.

3. The State's Brief is due on November 16, 2015.

4. On November 12, 2015, the State filed a motion to dismiss the appeal due to lack of jurisdiction.

5. An extension of time in which to file the State's Brief is requested during the pendency of the resolution of the State's motion to dismiss the appeal. In the event that this Court denies the State's motion to dismiss the appeal, the State requests an additional fifteen (15) days from the date of the denial of the motion in which to file the State's Brief.

WHEREFORE, the State prays that this Court will grant an additional extension of time during the pendency of the resolution of the State's motion to dismiss the appeal.

Respectfully submitted,

/s/ Heather A. Hudson
**HEATHER A. HUDSON**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-5826
State Bar No. 24058991
hudson_heather@dao.hctx.net
curry_alan@dao.hctx.net

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been submitted

for service by e-filing to the following address:

      Matthew J. DeLuca
      712 Main St., Suite 2450
      Houston, Texas 77002
      Tel: (713) 429-4400
      Fax: (713) 228-2366
      mattdeluca@gmail.com

                      /s/ Heather A. Hudson
                      **HEATHER A. HUDSON**
                      Assistant District Attorney
                      Harris County, Texas
                      1201 Franklin, Suite 600
                      Houston, Texas  77002
                      (713) 755-5826
                      State Bar No. 24058991

Date:  November 16, 2015